# Court of Appeals
# of the State of Georgia

ATLANTA,  October 24, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0333. THOMAS ARY v. THE STATE.**

Thomas Ary was convicted of three counts of child molestation, and this Court affirmed his conviction on appeal. *Ary v. State*, 359 Ga. App. 563 (859 SE2d 535) (2021). Following his appeal, Ary filed a pro se extraordinary motion for new trial. The trial court denied the motion on August 9, 2023, and Ary filed this direct appeal. We lack jurisdiction for two reasons.

First, OCGA § 5-6-35 (a) (7) requires a discretionary application to appeal from the denial of an extraordinary motion for new trial. Second, even if Ary was entitled to a direct appeal, this appeal is untimely. A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Ary's notice of appeal was filed on September 20, 2023, 42 days after entry of the trial court's order.

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/24/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.